# United States District Court
# For The Western District of North Carolina
# Statesville Division

TONY EUGENE HOWELL,

    Plaintiff(s),

vs.

REGGIE WEISNER, KEITH WHITENER,
DOUG WALKER, KELLY HUMAN,
HELEN L. MITCHELL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV91-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2006, Order.

Signed: August 2, 2006

Frank G. Johns, Clerk
United States District Court